# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DALLAS TEXANS SOCCER CLUB, <br> CROSSFIRE FOUNDATION, INC., <br> SOCKERS FC CHICAGO, LLC <br><br> v. <br><br> MAJOR LEAGUE SOCCER PLAYERS <br> UNION, CLINT DEMPSEY, DEANDRE <br> YEDLIN, MICHAEL BRADLEY | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:16-CV-00464 <br><br> Judge Mazzant |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is the Motion of Defendants to Change Venue (Dkt. #13). The Court granted the Motion of Defendant Major League Soccer Players Union to Dismiss for Lack of Personal Jurisdiction (Dkt. #11) and the Motion of Defendants Michael Bradley, Clint Dempsey, and Deandre Yedlin to Dismiss for Lack of Personal Jurisdiction (Dkt. #12).

It is therefore **ORDERED** that the Motion of Defendants to Change Venue (Dkt. #13) is **DENIED AS MOOT**.

**SIGNED this 29th day of March, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE